IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01379-BNB

PAUL DESCHAINE,

    Plaintiff,

v.

DEBRA ANSHUTZ, PA/NP,
DR. McLAUGHLIN, MD, and
DOC MEDICAL,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 0 2007

GREGORY C. LANGHAM
CLERK

## ORDER TO DISCHARGE SHOW-CAUSE ORDER

On March 22, 2007, the court ordered Plaintiff to show cause why the instant action should not be dismissed for failure to comply with the court's August 1, 2006, order and the filing fee payment requirements 28 U.S.C. § 1915(b)(2). On April 9, 2007, Plaintiff submitted a letter to the court stating that he mistakenly believed the filing fee payments would be deducted from his account automatically. Plaintiff also has submitted a money order in the amount of $49.64 to cover the filing fee payments he failed to make in this action between September 2006 and the present. Therefore, the complaint will not be dismissed at this time for failure to make the required filing fee payments. The March 22 show-cause order will be discharged. Plaintiff is reminded that he must continue to make monthly filing fee payments in accordance with § 1915(b)(2) and the court's August 1 order until the filing fee is paid in full. Accordingly, it is

ORDERED that the court's Order to Show Cause filed in this action on March 22, 2007, is discharged.

DATED March 22, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01379-BNB

Paul Deschaine
Prisoner No. 124164
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  4-10-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk