IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  06-cv-01379-ZLW-MJW

PAUL DESCHAINE,

Plaintiff,

v.

DEBRA ANSHUTZ, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that the plaintiff's Motion to Subpoena Duces Tecum (Docket No. 53) is denied without prejudice as premature and over-broad.  It is further

ORDERED that the plaintiff's Motion for Disclosures of Plaintiff Rule 26(a)(1) is denied without prejudice as premature.  <u>See</u> Fed. R. Civ. P. 26(a)(1) (disclosures must be made at or within 14 days after the Rule 26(f) conference unless a different time is set by stipulation or court order) and 26(a)(1)(E) (actions brought without counsel by a person in state custody are exempt from initial disclosure).

Date: September 5, 2007