IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-01379-ZLW-MJW

PAUL DESCHAINE,

Plaintiff,

v.

DEBRA ANSHUTZ, et al.,

Defendants.

MINUTE ORDER

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten Motion for Disclosures of Plaintiff Rule 26(a)(1) [sic](docket no 59) and the Pro Se Incarcerated Plaintiff's handwritten Motion for Disclosures of Plaintiff Rule 26(a)(1) [sic](docket no 60) are both GRANTED. Defendants are placed on notice of witnesses Ms. Nelson, and Kathy Bassett.

Date: September 10, 2007