IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01379-ZLW-MJW

PAUL DESCHAINE,

Plaintiff,

v.

DEBRA ANSHUTZ, et al.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se plaintiff's "Motion to Amend and Add To" (Docket No. 67) is denied for failure to attach a proposed amended complaint that contains all of the plaintiff's current claims as well as any and all claims and defendants he seeks to add.  Furthermore, the court notes that the law is quite clear that claims for both monetary damages and injunctive relief against the Department of Corrections are barred by the Eleventh Amendment.  See Griess v. Colorado, 841 F.2d 1042, 1044-45 (10th Cir. 1988); Hunt v. Colorado Department of Corrections, 2007 WL 2727466 (D. Colo. Sept. 17, 2007); Slusher v. Suthers, 2007 WL 196832 (D. Colo. Jan. 22, 2007).

Date: October 2, 2007