IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01379-ZLW-MJW

PAUL DESCHAINE,

Plaintiff,

v.

DEBRA ANSHUTZ, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that plaintiff's letter/motion request in Docket No. 83 is granted, but only to the extent that the Clerk of the Court shall send the plaintiff a copy of Docket Nos. 43 and 44 upon receipt of plaintiff's payment of 50 cents per page (total of $13.00 for 26 pages).

     The court notes defendants' response to the instant motion that plaintiff signed for and received a copy of the motion to dismiss in July 2007. Furthermore, in December 2007, when plaintiff moved for enlargement of time to respond to the motion to dismiss (Docket No. 76), and again earlier this month in his "Motion for Recommendation to Continue and Appoint Counsel" (Docket No. 80) (in which he stated that he "comes now before the court in response to the Motion to Dismiss, and why it should not be dismissed" and responded to some of defendants' assertions), he did not claim to have never received the defendants' motion to dismiss. Therefore, plaintiff's claim of non-receipt in the instant motion is disingenuous.

Date: February 27, 2008