IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01379-ZLW-MJW

PAUL DESCHAINE,

    Plaintiff,

v.

DEBRA ANSHUTZ, PA/NP,
DR. McLAUGHLIN, MD, and
DOC MEDICAL,

    Defendants.

## ORDER OF DISMISSAL

    The matter before the Court is the Motion To Dismiss Or, In the Alternative, Motion For Summary Judgment filed by Defendants Debra Anshutz and Dr. McLaughlin. Pursuant to D.C.COLO.LCivR 72.1, this matter was referred to Magistrate Michael J. Watanabe, who issued a Recommendation on November 30, 2007, recommending that the motion to dismiss be granted, and that Defendant Anshutz be dismissed from this action with prejudice, that Defendant McLaughlin be dismissed from this action without prejudice due to failure to exhaust administrative remedies, and that unserved Defendant DOC Medical be dismissed *sua sponte*. Plaintiff has not filed an objection to the Recommendation.

    On January 21, 2008, Plaintiff submitted a filing indicating that he had never received a copy of the motion to dismiss[1] However, previously, on December 10, 2007,

---

    [1]See Doc. No. 83.

Plaintiff moved for an enlargement of time to respond to the motion to dismiss.[2] Further, on February 6, 2008, Plaintiff filed a motion in which he stated that he "comes now before the court in response to the Motion To Dismiss, and why it should not be dismissed."[3] The certificates of service on the motion to dismiss and supporting memorandum show that Plaintiff was served by mail with both documents on July 26, 2007. Defendants also have filed a document indicating that Plaintiff received and signed for materials from the Attorney General's office on July 31, 2007.[4] Thus, Magistrate Judge Watanabe ruled on February 27, 2008, that Plaintiff's claim of non-receipt of the motion to dismiss is disingenuous. The Court agrees.

The Court has considered carefully the analysis and Recommendation of the Magistrate Judge granting the motion to dismiss, and hereby adopts and approves the Recommendation. Accordingly, it is

ORDERED that the Motion To Dismiss Or, In the Alternative, Motion For Summary Judgment (Doc. No. 43) is granted. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed as against Defendant Debra Anshutz with prejudice. It is

FURTHER ORDERED that the Complaint and cause of action are dismissed as against Defendant Dr. McLaughlin without prejudice. It is

---

[2] See Doc. No. 76.

[3] See Doc. No. 80.

[4] See Doc. No. 85, Ex. A.

FURTHER ORDERED that the Complaint and cause of action are dismissed as against Defendant DOC Medical with prejudice. It is

FURTHER ORDERED that all other pending motions are denied as moot.

DATED at Denver, Colorado, this  19th   day of March, 2008.

BY THE COURT:

*s/ Zita L. Weinshienk*

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court