IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01379-ZLW-MJW

PAUL DESCHAINE,

    Plaintiff,

v.

DEBRA ANSHUTZ, PA/NP,
DR. MCLAUGHLIN, MD, and
DOC MEDICAL,

    Defendants.

## ORDER

The matter before the Court is Plaintiff's Motion For Leave To Amend Original Complaint (Doc. No. 94). The motion is titled in its entirety "Motion For Appeal And For Leave To Amend Original Complaint." Only that aspect of the motion that seeks leave to amend is presently before the Court. Pursuant to D.C.COLO.LCivR 72.1, this matter was referred to Magistrate Judge Michael J. Watanabe, who issued a Recommendation on April 23, 2008, recommending that Plaintiff's motion to amend be denied. No party has filed an objection to the Recommendation.

The Court has considered carefully the analysis and Recommendation of the Magistrate Judge, and hereby approves and adopts the Recommendation. Accordingly, it is

ORDERED that Plaintiff's Motion For Leave To Amend Original Complaint (Doc. No. 94) is denied.

DATED at Denver, Colorado, this __16th__ day of May, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court